FILED

08/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0261

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 24-0261

| | |
|---|---|
| CHRISTOPHER SHELTON, VICKY COSTA, and TODD COSTA<br><br>Appellants,<br><br>vs.<br><br>STATE OF MONTANA, DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, an agency of the State of Montana; SUSAN G. RIDGEWAY; AXILON LAW GROUP, PLLC, PAUL S. HENNING; AARON J. DAVIES, and DOES 1-20,<br><br>Appellees. | **ORDER GRANTING STATE OF MONTANA'S UNOPPOSED MOTION FOR EXTENSION** |

Upon consideration of Appellee State of Montana, Department of Public Health and Human Services unopposed motion for a thirty-day extension of time to file its Response Brief, and good cause appearing therefor,

APPELLEE STATE OF MONTANA'S MOTION IS HEREBY GRANTED. Appellee State of Montana has until October 7, 2024 to file its Response Brief in this matter.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 30 2024